**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **HEASTON, JAY C.** | ) | **BANKRUPTCY CASE 10-13972** |
| **HEASTON, JENNIFER L.** | ) | Chapter 7 |
| | ) | |
| **DEBTORS.** | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---:|
| Claim 1I | Midwest American FCU<br>1021 Swinney Avenue<br>Fort Wayne, IN 46802 | $2.72 |
| Claim 2I | The Surgery Center<br>7900 West Jefferson Blvd., MOB 1, Ste 102<br>Fort Wayne, IN 46804 | .28 |
| Claim 3I | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | 1.20 |
| Claim 4I | Summit Radiology<br>c/o Snow & Sauerteig, LLP<br>203 E Berry Street, Ste 1310<br>Fort Wayne, IN 46802 | .48 |
| | Total: | $4.68 |

Respectfully submitted,

/s/ Dustin M. Roach, Chapter 7 Panel Trustee
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov, Dennis Golden, 614 West Berry Street, Suite B, Fort Wayne, IN 46802, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

      /s/ Dustin M. Roach
Dustin M. Roach